# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11349
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 1, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

JACOB ALAN POWELL,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:13-CR-43-1

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jacob Alan Powell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*[1] and *United States v. Flores*.[2] Powell has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

[2] 632 F.3d 229 (5th Cir. 2011).

No. 13-11349

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[3]

---

[3] See 5TH CIR. R. 42.2.